Commonwealth *v.* Allen, Appellant.

Submitted September 24, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Stephen D. Sprenkle* and *Leo J. Kelly,* for appellant.

*Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 25, 1974:
The order of the Common Pleas Court denying post-conviction relief is affirmed.